

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:   01-20-00262-CV

Style:                    The Nigerian Foundation (By and Through the Chairman of its Board of) v. Dr. Bedford Umezulike, et al.

Trial Court Case Number:   2016-58037

Trial Court:              295th District Court of Harris County

Type of Motion:           Objection to Mediation

Party Filing Motion:      Appellee

    Appellee has objected to mediation.  The Court's mediation order dated December 2, 2021 is withdrawn.


Judge's signature: /s/ Gordon Goodman
                    Acting individually

Date:   December 3, 2021

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).